UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

| | |
|---|---|
| JAMES T. THORPE, SR. and<br>HAROLD RIVENBURGH,<br><br>    Plaintiffs,<br><br>v.<br><br>MOUNTAIN RANGE FARMS, L.P. and<br>GEORGE KELLNER,<br><br>    Defendants. | )<br>)<br>)<br>) Case No. 12 CV 00293 (GLS)(DRH)<br>) ECF Case<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

----------------------------------------------------------

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Jyotin Hamid of Debevoise & Plimpton LLP hereby appears on behalf of defendants Mountain Range Farms, L.P. and George Kellner in the above-captioned case.

Dated: New York, New York
       May 10, 2012

                                      DEBEVOISE & PLIMPTON LLP

                                      By:     /s/ Jyotin Hamid
                                              Jyotin Hamid (517491)
                                      919 Third Avenue
                                      New York, New York 10022
                                      (212) 909-6000
                                      jhamid@debevoise.com

                                      *Attorney for* Mountain Range Farms, L.P.
                                          and George Kellner

<u>Certificate of Service</u>

This is to certify that on May 10, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

                                              /s/ Jyotin Hamid
                                              Jyotin Hamid