UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| JAMES T. THORPE, SR. and<br>HAROLD RIVENBURGH,<br><br>       Plaintiffs,<br><br>v.<br><br>MOUNTAIN RANGE FARMS, L.P. and<br>GEORGE KELLNER,<br><br>       Defendants. | )<br>)<br>)<br>) Case No. 12 CV 00293 (GLS )(DRH)<br>) ECF Case<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

------------------------------------------------------------

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Vanessa Stich De Simone of Debevoise & Plimpton LLP hereby appears on behalf of defendants Mountain Range Farms, L.P. and George Kellner in the above-captioned case.

Dated: New York, New York
       May 10, 2012

                                               DEBEVOISE & PLIMPTON LLP

                                               By:   /s/ Vanessa Stich De Simone
                                                     Vanessa Stich De Simone (517490)
                                               919 Third Avenue
                                               New York, New York 10022
                                               (212) 909-6000
                                               vsdesimone@debevoise.com

                                               *Attorney for* Mountain Range Farms, L.P.
                                                     and George Kellner

2

<u>Certificate of Service</u>

This is to certify that on May 10, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

<u>/s/ Vanessa Stich De Simone</u><br>
Vanessa Stich De Simone