UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - -- - - - x
:
JAMES T. THORPE, SR. and :
HAROLD RIVENBURGH, :
: 1:12 cv. 0293 (GLS/DRH)
     Plaintiffs, :
: ECF Case
  v. :
: <u>STIPULATION EXTENDING</u>
: <u>TIME TO RESPOND TO</u>
MOUNTAIN RANGE FARMS, L.P. and : <u>COMPLAINT</u>
GEORGE KELLNER, :
:
:
     Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - -- - - - x

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendants Mountain Range Farms, L.P. and George Kellner to answer, move or otherwise respond to plaintiffs' Complaint in the above captioned matter is extended to June 15, 2012.

Dated: New York, New York
    May 30, 2012

2

| DEBEVOISE & PLIMPTON LLP | GLEASON, DUNN, WALSH & O'SHEA |
|---|---|
| By:  s/ Jyotin Hamid  <br>    Jyotin Hamid  <br>    Vanessa De Simone | By:  s/ Mark T. Walsh  <br>    Mark T. Walsh |
| 919 Third Avenue  <br>New York, New York 10022  <br>(212) 909-6000  <br>jhamid@debevoise.com | 40 Beaver Street  <br>Albany, New York 12207  <br>(518) 432-7511  <br>mwalsh@gdwo.net |
| *Attorneys for Defendants Mountain Range Farms, L.P. and George Kellner* | *Attorneys for Plaintiffs James T. Thorpe and Harold Rivenburgh* |