UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
JAMES T. THORPE, SR. and                            :
HAROLD RIVENBURGH,                                  :
                                                    :     1:12 cv. 0293 (GLS/DRH)
                    Plaintiffs,                     :
                                                    :     ECF Case
                                                    :
        v.                                          :     STIPULATION EXTENDING
                                                    :     TIME TO RESPOND TO
MOUNTAIN RANGE FARMS, L.P. and                      :     COMPLAINT
GEORGE KELLNER,                                     :
                                                    :
                    Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for defendants Mountain Range Farms, L.P. and George Kellner to

answer, move or otherwise respond to plaintiffs' Complaint in the above captioned matter

is extended to June 15, 2012.

Dated:   New York, New York
         May 30, 2012

DEBEVOISE & PLIMPTON LLP

By: ___s/ Jyotin Hamid_____
      Jyotin Hamid
      Vanessa De Simone

919 Third Avenue
New York, New York 10022
(212) 909-6000
jhamid@debevoise.com

*Attorneys for Defendants Mountain Range
Farms, L.P. and George Kellner*

GLEASON, DUNN, WALSH & O'SHEA

By: ___s/ Mark T. Walsh_____
      Mark T. Walsh

40 Beaver Street
Albany, New York 12207
(518) 432-7511
mwalsh@gdwo.net

*Attorneys for Plaintiffs James T. Thorpe and
Harold Rivenburgh*

*So ordered.*

*David R. Homer*
*U.S.M.J.*
*5/31/12*

2