UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
JAMES T. THORPE, SR. and :
HAROLD RIVENBURGH, :
: 1:12 cv. 0293 (GLS/DRH)
Plaintiffs, :
: ECF Case
v. :
: STIPULATION EXTENDING
: TIME TO RESPOND TO
MOUNTAIN RANGE FARMS, L.P. and : COMPLAINT
GEORGE KELLNER, :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     WHEREAS the parties are engaged in settlement negotiations and an extension of time will allow them to pursue a settlement agreement, it is hereby stipulated and agreed by and between the undersigned counsel, that the time for defendants Mountain Range Farms, L.P. and George Kellner to answer, move or otherwise respond to plaintiffs' Complaint in the above captioned matter is extended to July 16, 2012.

Dated:    New York, New York
             June 13, 2012

| | |
|---|---|
| DEBEVOISE & PLIMPTON LLP | GLEASON, DUNN, WALSH & O'SHEA |
| By:    s/ Jyotin Hamid<br>     Jyotin Hamid<br>     Vanessa Stich De Simone | By:    s/ Mark T. Walsh<br>     Mark T. Walsh |
| 919 Third Avenue<br>New York, New York 10022<br>(212) 909-6000<br>jhamid@debevoise.com | 40 Beaver Street<br>Albany, New York 12207<br>(518) 432-7511<br>mwalsh@gdwo.com |
| *Attorneys for Defendants Mountain Range Farms, L.P. and George Kellner* | *Attorneys for Plaintiffs James T. Thorpe and Harold Rivenburgh* |