**GLEASON, DUNN, WALSH & O'SHEA**

FRANK C. O'CONNOR III
BRENDAN C. O'SHEA
MARK T. WALSH
RONALD G. DUNN
THOMAS F. GLEASON
MICHAEL P. RAVALLI*
LISA F. JOSLIN
RICHARD C. REILLY

**ATTORNEYS**
**40 BEAVER STREET**
**ALBANY, NEW YORK 12207**
**(518) 432-7511**
**FAX  (518) 432-5221**
**www.gdwo.com**

DANIEL A. JACOBS
PETER N. SINCLAIR
BRYAN J. HUEBNER

———

HAROLD E. KOREMAN
(1916 – 2001)

———

*ALSO ADMITTED IN CONNECTICUT

July 16, 2012
**VIA ECF**

Hon. David R. Homer
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse, Room 441
Albany, New York  12201

RE:   **James T. Thorpe, Sr. and Harold Rivenburgh v. Mountain Range Farms, L.P.**
         **and George Kellner**
         1:12-CV-00293 (GLS/DRH)
         Our File No. 11-680

Dear Magistrate Judge Homer:

Plaintiffs have no objection to extending the defendants' time to answer as we have a settlement.
I apologize for not addressing this with Mr. Hamid directly.  I had left the office on Friday by the
time of Mr. Hamid's email reminding me that he needed my consent to extend the time, and
overlooked it today.

We ask that you extend defendants' time to answer as requested by Mr. Hamid.

Respectfully yours,

GLEASON, DUNN, WALSH & O'SHEA

By _____
     MARK T. WALSH

MTW/ks

cc:   Debevoise & Plimpton LLP
        919 Third Avenue
        New York, NY 10022
        Attn:   Jyotin Hamid, Esq.
        **VIA ECF**