UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JAMES T. THORPE, SR. and,
HAROLD RIVENBURGH,

                    Plaintiffs,

v.

MOUNTAIN RANGE FARMS, L.P., and
GEORGE KELLNER,

                    Defendants.

-----------------------------------------------------------------x

No. 1:12-CV-0293 (GLS/DRH)
ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

James T. Thorpe, Sr. and Harold Rivenburgh, by their undersigned counsel, hereby

voluntarily dismiss the above-captioned action in its entirety with prejudice.  No answer

or motion for summary judgment has been filed.

GLEASON, DUNN, WALSH & O'SHEA
*Attorneys for Plaintiffs*
40 Beaver Street
Albany, New York 12207
(518) 432-7511

By: _____
      Mark T. Walsh

SO ORDERED:

_____
Chief Judge, US District Court NDNY
Date: _August 13, 2012_____